In the matter of the appointment of a guardian of CATHERINE MORRISEY, a lunatic.

[Decided May 3d, 1918.]

On appeal from an order of the prerogative court, made by the ordinary, whose opinion is reported *ante p. 159.*

*Mr. William D. WolfsKeil,* for the respondent.

*Mr. Herbert Clark Gilson,* for the appellant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Walker, ordinary.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.